United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GORDON, | No. C-09-1849 TEH (PR) |
| Plaintiff, | |
| v. | ORDER REQUESTING OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| GREGORY J. AHERN, SHERIFF, et. al., | |
| Defendants. | |

Plaintiff Wayne Gordon, currently incarcerated at the Santa Rita Jail (Alameda County) in Dublin, California, filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging jail officials interfered with his access to the courts.  Doc. #1. Following an Order of Service, Defendants filed a Motion for Summary Judgment on December 4, 2009.  Doc. ## 6 & 15.  To date, Plaintiff has failed to file an Opposition to Defendants' motion.

//
//
//
//

1       Plaintiff is advised he must file an Opposition to
2 Defendants' Motion for Summary Judgment by no later than May 3,
3 2010.  Defendants' Reply is due fifteen (15) days thereafter.
4       Plaintiff is further advised that should he fail to file
5 an Opposition by May 3, 2010, or to show good cause why he cannot,
6 Defendants' Motion for Summary Judgment will be granted.

      IT IS SO ORDERED.

**DATED**   04/05/10         /s/ Thelton E. Henderson
                                     **THELTON E. HENDERSON**
                                       **United States District Judge**

`G:\PRO-SE\TEH\CR.09\Gordon-09-1849-order requesting opp to msj.wpd`