IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GORDON, aka DWAYNE HAYES, | No. C-09-1849 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| GREGORY AHERN, et. al., | |
| Defendant(s). | |

On April 28, 2009, Plaintiff, a pretrial detainee housed at the Santa Rita Jail (Alameda County) in Dublin, California, filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that Alameda County Sheriff's Deputies violated his constitutional rights by denying him access to the courts. Doc. #1. Following an order of service, Defendants filed a Motion for Summary Judgment on December 4, 2009. Doc. #15. Upon his request, Plaintiff was granted until March 4, 2010 to file his Opposition. Doc. ## 32 & 34. After no Opposition had been filed, on April 6, 2010, the Court sua sponte granted Plaintiff until May 3, 2010 to file his Opposition. Doc. #36. On April 13, 2010, the order granting

1  Plaintiff an extension of time to file an Opposition was returned as
2  undeliverable.  Doc. #37.  To date, no Opposition has been filed,
3  nor has Plaintiff provided a notice of address change.
4          Because more than sixty days have passed since the Court's
5  mail to Plaintiff was returned, the action is DISMISSED without
6  prejudice under the authority of Civil Local Rule 3-11(b).
7          The Clerk shall terminate all pending motions as moot and
8  close the file.

10         IT IS SO ORDERED.

12  DATED    07/01/10              /s/ Thelton E. Henderson
                                   THELTON E. HENDERSON
13                                 United States District Judge

26  G:\PRO-SE\TEH\CR.09\Gordon-09-1849-order of dismissal-clr 3-11-b.wpd

**2**